IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JHANIA LEDAY,** *et al.*                                                                                      **PLAINTIFFS**

**v.**                                    **CASE NO. 2:24-CV-00154-BSM**

**FRENCH TRUCKING, INC.,** *et al.*                                                          **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice until March 5, 2026, at which time the case is dismissed with prejudice unless the parties provide notice that the settlement has not been completed.

IT IS SO ORDERED this 3rd day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE